IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ANDREA COLEMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:24-cv-231-JTA |
| | ) (WO) |
| CVS PHARMACY, INC., | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

For the reasons stated in the Memorandum Opinion entered this date, it is ORDERED as follows:

1. Defendant's motion to compel arbitration (Doc. No. 10) is GRANTED.

2. Defendant's motion to stay proceedings (Doc. No. 10) is GRANTED

3. The arbitrability of Plaintiff's USERRA claims against Defendant is compelled to arbitration.

4. Arbitration is to be initiated by Plaintiff.

5. This case is closed administratively pending conclusion of the arbitration.

6. The parties shall file a notice with the Court updating it as to the status of the arbitration. These notices shall be filed every 60 days beginning May 12, 2025.

7. The parties shall file a notice informing the Court arbitration proceedings have concluded, not later than 14 days after the conclusion.

Further, pursuant to 38 U.S.C. § 4323(h)(1), the Clerk of Court is DIRECTED to return to Plaintiff the $405.00 in filing and administrative fees paid on April 18, 2024. (*See* Doc. No. 1, Docket Sheet Entry.)

DONE this 31st day of March, 2025.

_____
JERUSHA T. ADAMS
UNITED STATES MAGISTRATE JUDGE